**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **ANTWON WISE,** | : | |
| Petitioner, | : | **Case No. 2:07-cv-016** |
| v. | : | **Judge Holschuh** |
| **ERNIE MOORE, WARDEN,** | : | **Magistrate Judge Abel** |
| Respondent. | : | |
| | : | |

**ORDER**

On October 12, 2007, Magistrate Judge Abel issued a Report and Recommendation, recommending that the Court dismiss Petitioner's habeas action as barred by the one-year statute of limitations set forth in 28 U.S.C. § 2244(d). (Record at 11. Petitioner was notified of his right to file objections to the Report and Recommendation, and advised that if he failed to do so within ten days, he would waive his right to a *de novo* review by the district judge and waive his right to appeal the judgment of the district court.

Petitioner was served with a copy of the Report and Recommendation by certified mail, and was granted an extension of time to file objections, but has failed to file any objections within the time allotted. The Court therefore **ADOPTS** Magistrate Judge Abel's Report and Recommendation, and **DISMISSES** this case with prejudice.

**IT IS SO ORDERED.**

Date: January 30, 2008

/s/ **John D. Holschuh**
John D. Holschuh, Judge
United States District Court